3/23/21  COMPLAINT

TO: UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 MAR 31  AM 9:50

From: Edward P. Adams

(INCIDENT DATE. MARCH 25, 2018)

I would like to make a formal complaint against a dirty police unit.  The Co Op City Police and About 6 officers jumped me . This included punching kicking ,chocking and obstruction of my breathing . The Officers Who Jumped me included Joel Lugo , Thomas Charles And "Ahmed" . All Officers named are employed by the Co Op City  Police Department( RiverBay Corporation ) 2049 Bartow Ave, The Bronx), NY 10475.

 Their actions caused me to lose consciousness . I Suffered Scrapes Of Skin Off My Face From Concrete , Excessive Bleeding On My Face from 6 Cops on top of me on the ground obstructing my breathing on a concrete pavement. Furthermore, While already hand cuffed and in custody Was Then Pepper Sprayed By An Officer "Ahmed". Medical Record Number 2779888-11 treated at Jacobi Hospital Emergency Room  1400 Pelham PKWY South on March 25th 2018, 10461.

This Encounter with these officers led to false imprisonment and false charges. One Alleged Leaving the Scene of An Accident (Docket Number) 2018Bx011507 .Also An Alleged Reckless Endangerment Claim (Docket Number) 2018Bx0106787  Both cases dismissed due to lack of merit within the claims.  With 2 Alleged  Claims Remaining To Be Decided. indictment #444 of 2018 People Vs Edward Adams And they outcome more than likely to have the  same results as they above unsuccessful charges brought against myself.  This unit has a history of negligence . 1 Joel Lugo Entered My Home without a warrant on 1 occasion In January Of 2018 . I wasn't home on the occasion. 1 Joel Lugo Pointed Guns At My Family while Without Consent Or Arrest Warrant to enter the home.

On Another Occasion regarding an unrelated incident Where I Edward Adams Called 911 Because I Threw A Family Friend Out Of My Home For Being Belligerent. I'm on The 911 Call And Yet This Unit Enters My Home Again WITHOUT WARRANT. ENTIRE INCIDENT ON Co Op City Police BODY CAMERA . March 20th of 2020 By  a "John Doe" Officer at my home at 140 Alcott 10D Place Bronx, NY 10475 .Both Instances No Warrant and Entered My Home WITHOUT CONSENT. ARREST NUMBER B20609914 Has Resulted In A CASE DISMISSAL. Attached is the Original Ticket.

As You Can See This Police Unit And It's officers are not Trained Properly. Attached Is The Police Record Of Plain Clothes Officer Joel Lugo.  I'm Asking for relief in the amount of $150,000 dollars due to pain and suffering, injuries and trauma from said incident on (3/25/2018 . Reimbursements for legal fees in regards to false chargers and imprisonment at behest Of A Corrupt Police Unit. River Bay Corporation Allowed Officers To Operate with impunity with applying false Charges and negligence that could've led to a tragedy I.e. Eric Gardener Or George Floyd .If I Wasn't In Immaculate Physical Condition They 6 Officers On Top Of  Me When I Was Already Restrained With Cuffs . They Obstructed My Breathing

Choked And Kicked Me.Their Bogus Charges have caused potential wage loses with Allegations Smearing my public record.  These allegations have discouraged potential employers from hiring me as an employee due to the Nature of Said False Allegations from These Officers. All Officers Named In The Suit Are Backed And Governed By RiverBay Corporation and Co Op City Including Joel Lugo And Thomas Charles And "Ahmed"  2049 Bartow Ave, The Bronx, NY 10475.

*JURY TRIAL DEMANDED

Joel Lugo Officer Record (High Negligence) To Be Mailed Within 24hrs Of This Document . 3/25/2021)

*January 2018 Officer Joel Lugo  Entered  My Home When I Wasn't Home Without Consent Pointed A FIREARM At Family At 140 Alcott 10D Bronx NY Place Without Warrant

*Date Of Incident Where Officers (Joel Lugo, Thomas Charles , "Amed" Violently Assaulted Me March 25, 2018 Bronx NY 500 BayChester Avenue

*Medical Report Of Said Incident (March 25 , 2018)  To Be Mailed In AS Soon As Agency Releases It To Me Within 5-7 Business Days….. Medical Record Number Of Said Encounter Is MRN-2779888-11 From Jacobi Hospital 1400 Pelham Pkwy southi On 3 /25/18

Edward P. Adams Edspins@Gmail.com

347-316-7145

140 Alcott Place #10D

Bronx, NY 10475

.



# DESK APPEARANCE TICKET

You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

**YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.**

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 07/18/2020 | ☑ 9:00 A.M. ☐ 5:00 P.M. | 215 EAST 161 STREET, BRONX, NY 10451 | BRONX | DAT |

Offense Charged: PL 120.00 01

Additional Instructions: MUST BRING I.D

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

| Signature Of Defendant | Date | Time | Refused to Sign |
|---|---|---|---|
| [signature] | 3/20/20 | 7:37PM | ☐ |

## THE PEOPLE OF THE STATE OF NEW YORK vs.

Defendant's Name: ADAMS, EDWARD
Age: 36
Date of Birth: 10/03/1983

Residence Address: 140 ALCOTT PLACE, BRONX, NY

Preferred Mailing Address:

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| NONE | 347-427-6227 | NONE | NONE |

## ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD |
|---|---|---|---|
| 045 | 046-02698 | B20609914 | |

| Photographed By | Fingerprinted | Date | Time |
|---|---|---|---|
| 945344 WILLIAMSON JASON POM | ☐ Yes ☐ No | 03/20/2020 | 17:58:00 |

| Arresting Officer (print rank/name) | Tax Reg. No. | Shield | Cmd. | Agency |
|---|---|---|---|---|
| POM/WILLIAMSON JASON | 945344 | 11518 | 045 | N.Y. POLICE DEPT |

| Arresting Officer Signature | Date | Squad |
|---|---|---|
| [signature] | 3-20-20 | C2 |

| Desk Officer (print rank/name) | Desk Officer Signature | Tax Reg. No. | Command |
|---|---|---|---|
| SGT/PALMIERI CRISTINA | [signature] | 953213 | 045 |

**DISTRIBUTION**
ORIGINAL – Defendant's Copy  1ST COPY – Fax Terminal  2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)  3RD COPY – Precinct File

DESK APPEARANCE TICKET    PD 260-121 (Rev. 11-19)

Too. New York Southern District Federal Court

500 Pearl Street, New York, NY 10007


Edward P. Adams VS. Joel Lugo, Thomas Charles ," Ahmed", + RiverBay Corporation Whom Governs Co Op City Police .


This Letter Is Factual Information In Regards To The Lawsuit Dropped In Drop Box At 500 Pearl Street In Lobby Drop Box.


Please Take Notation That Docket Number 2018Bx010678 Is Reckless Endangerment Claim ( Felony) Resulted In A Violation Which Means It Lacked Merit . The Complaint Read That Edward Adams Tried To Run Over Kiera Hinestroza And Small Child In a New Model BMW (Car). Although I Owned Cadillac Escalade In Which Bronx District Attorney Tried To Keep.  Although my Mom and Dad Whom The Vehicle Was Fully Registered to has Said vehicle at doctors office with documentation to back the claim. Bronx District Attorney Then Releases The Vehicle. The Non Factual Claim Is Debunked Resulting In A Violation On November 08, 2018


Please Take Notation That Docket Number 2018BX011507 Is Alleged Leaving The Scene Of An Accident Of My Car A Legally Parked Car Is Alleged To Have Hit An Illegally Parked Car Directly Behind Me Illegally Parked Car . I Wasn't Driving My Cadillac Escalade And There Was No Damage To My Cadillac . I Then Calmly Took A Picture And Walked Off With No Damage To My Vehicle The Car Was Parked  Photo Enclosed Of Vehicle ILLEGALLY PARKED BEHIND ME IN CROSS WALK AS IM LEGALLY PARKED IN CAR IN A LEGAL PARKING SPOT. DOCKET Number 2018BX011507 Results In Case Dismissed On September 8 2020.


*Pending Old Chargers From Incident On March 25 2018 Where I Got Jumped By This Unit Including Joel Lugo, Thomas Charles, And Ahmed  Will More Than Likely Result In The Same Manner As The Charges Have Yet To Amount To Any Conviction Being That This Unit Has History Of Lying.  As District Has Been In Trial Posture Since  November Of 2019 As They Try And Wiggle Their Way Out Of Falsified Testimony That I Can't Technically Expose In the remaining Claims From This POLICE unit. All Pending Charges More Than Likely To Fall To The Same Result As Both Dockets Listed Above.


They've Also Came Into My Residence WITHOUT WARRANT ON SEVERAL OCCASSIONS. MARCH 22 2020 On Unrelated Matter Where I Called The Unit Because I Threw A Family Friend Out. And January Of 2018 including Joel Lugo  In January Of 2018 Pointed Guns At Family When I Wasn't Home.

Edward Adams

347- 316-7145

140 Alcott Place 10 D Bronx , NY

10475


# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

| | | |
|---|---|---|
| **Darcel D. Clark**<br>*District Attorney* | 198 East 161st Street<br>Bronx, NY 10451 | 718.838.7348<br>Fax: 718.590.6790 |

August 1, 2019

Re: **PEOPLE v. EDWARD ADAMS AKA ADAM EDWARDS**
**Indictment Number: 444/2018**
**Court Part: 96**
**Adjourn Date: August 6, 2019**

### DISCLOSURE

PO Kendrick Wells, Shield #2636, of CCPD received a Command Discipline for not wearing his seatbelt and lost 5 days of vacation.

PO Christopher Garrio, Shield #2491, of CCPD received a Command Discipline for calling out sick too late and was warned and admonished.

PO Garrio also informed the undersigned that he is a named Defendant in a lawsuit. The undersigned has requested additional information and will provide it to Defense upon receipt.

In 2013, PO Charles Thomas, Shield #1798, of CCPD received a Command Discipline for calling out sick too late and was warned and admonished.

In 2016, PO Thomas received a Command Discipline for losing his ID and lost one day of vacation.

PO Thomas also informed the undersigned that he is a named Defendant in a lawsuit. The undersigned has requested additional information and will provide it to Defense upon receipt.

Sincerely,

*Jennifer Seeba*
JENNIFER E. SEEBA
Assistant District Attorney
Investigations Division
Criminal Enterprise Bureau
(718) 838-6152

From: Edward P Adams
140 Alcott Place #10D
Bronx NY 10475

Re submission of complaint submitted on 3/23/2021 in Drop Box

Pro Se

TO: New York Federal Court
500 Pearl Street
New York, NY 10007

Edward P Adams
vs.
Joel Luzon, Thomas Charles, "Ahmed" + RiverBay Corporation   3/30/21