UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

EDWARD ADAMS,

                              Plaintiff,

        -against-

RIVERBAY CORPORATION, CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, OFFICER CHARLES THOMAS, OFFICER JOEL LUGO, OFFICER AHMED,

                              Defendants.

Civ. No.:  21 Civ. 2675

-------------------------------------------------------------------x

## FED. R. CIV. P. 7.1 CERTIFICATION

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendants Riverbay Corporation, Co-Op City Department of Public Safety, Charles Thomas, and Joel Lugo certify that Riverbay Corporation is not publicly traded and does not have a publicly traded parent corporation.

                                                Respectfully submitted,

                                                JACKSON LEWIS P.C.
                                                44 South Broadway, 14th Floor
                                                White Plains, New York 10601
                                                (914) 872-8060

By: _____
          Joseph A. Saccomano, Jr.
          Delonie A. Plummer
          *Attorneys For Defendants Riverbay Corporation, Co-Op City Department of Public Safety, Joel Lugo and Charles Thomas*

Dated: November 11, 2021
White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

**EDWARD ADAMS,**

                       **Plaintiff,**

    -against-

**RIVERBAY CORPORATION, CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, OFFICER CHARLES THOMAS, OFFICER JOEL LUGO, OFFICER AHMED,**

                       **Defendants.**

Civ. No.:  21 Civ. 2675

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Fed. R. Civ. P. 7.1 Certification has been filed via ECF and served via U.S. Regular Mail, on the 11th day of November, 2021 on *Pro Se* Plaintiff at the address below:

        Edward P. Adams
        140 Alcott Place, #10D
        Bronx, NY 10475
        (646) 960-6977
        *Pro Se Plaintiff*

        */s/ Michelle Provost*
        Michelle Provost