UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

Plaintiff,

-v-

CO-OP CITY DEPARTMENT OF
PUBLIC SAFETY, *et al.*,

Defendants.

21-CV-2675 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants' letter motion for an extension of time at Docket Number 55 is granted.

Defendants shall respond to Plaintiff's motion for summary judgment and associated filings on

or before February 15, 2022.  It is unnecessary for Plaintiff to specify a return date.

The Clerk of Court shall close Dkt. No. 55.

The Clerk of Court is respectfully directed to mail a copy of the order to Plaintiff.

SO ORDERED.

Dated: January 24, 2022
      New York, New York

_____
J. PAUL OETKEN
United States District Judge