**From**: Edward Adams

140 Alcott Place 10D

Bronx, NY 10475

**To**: SDNY Chief Judge: Laura Taylor-Swain

**Subject**: Review; Inconsistent Rulings, Disclosure

Of Top Charge Bronx Supreme Court Indictment 444-2018,

Previously Submitted at DKTs- 28 & 137 In opposition to 2

Previous Motions to Dismiss 21-CV-02675.



    I'm providing the court with the disclosure of **TOP CHARGE, Bronx Supreme Court Indictment 444-2018**. This document previously submitted at **DKTs 28 and 137, which were in opposition to 2 previous motions to dismiss by the defense counsel pertaining to 21-cv-02675. ACQUITTED** of the file on all counts October 14th 2021 by a jury of 12.

I respectfully request that the Chief Judge of the esteemed SDNY take a close look at my file, as the rulings have become **routinely inconsistent. 3 previous DKTs (104, 145, & 152) all with "clear as day" inconsistencies. Which I've expressed at DKTS 147,148, and my most recent entry (DKT 160), 12(C) motion for judgment on the pleadings.** It is my position that this current file 21-cv-02675 should've had **FINAL RULING** at **DKT-152** issued on **9/25/2023**. But after rendering 2 out of 3 inconsistent rulings appearing at **(DKTS- 104 & 152)**.  Case then reassigned after the latest inconsistent ruling issued at **DKT 152 (9/25/2023)**.

**No remaining material of fact to be resolved on this present file 21-CV-02675. ALL STATE CASES with respect to Adams Vs. Co-Op City favorably adjudicated in the federal plaintiff's favor for over 400 days time. Disposition appears at DKT-144 as to the DISMISSAL of Bronx Indictment 252-2019, based upon the perjury violations contained within both indictments cited above.** Several violations of NY Penal Law § 210.15 committed by the defendants **Charles Thomas and Nicholas Pasquale** pertaining to 2 previous Bronx Indictments **(444-2018 & 252-2019)**. Both Charles Thomas and partner in crime Nicholas Pasquale are defendants of my file (21-cv-02675). In **addition to the subornation of perjury committed by the Bronx District Attorney's Office, whom is not a party to my current civil matter 21-cv-02675. These violations under color of law ARE NOT ALLEGED, as the false testimony given under oath in state court was TRANSCRIBED (DKTs-148 & 161).**

With lengthy delays and documented with proof inconsistent rulings form SDNY as to this current claim 21-Cv-02675). **If no ruling is rendered on my most recent motion for judgment on the pleadings (DKT-160) by 12/1/2023, I Edward Adams will terminate my PRO SE status. Then subsequently have a reputable attorney address all inconsistent rulings as to this current claim (21 -cv-02675).**

Sincerely, Edward Adams

Edward P. Adams   Edward Prince
                  ADAMS

10/30/2023

State of New York
County of New York
Sworn to before me this
30 day of October 2023

ANNA DONG
Notary Public, State of New York
Reg. No. 04DO6228919
Qualified in New York County
Commission Expires Sep. 27, 2026



# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**Darcel D. Clark**
*District Attorney*

198 East 161st Street
Bronx, NY 10451

718.838.7348
Fax:  718.590.6790

November 19, 2019

Re: **PEOPLE v. EDWARD ADAMS AKA ADAM EDWARDS**
**Indictment Number: 444/2018**

## DISCLOSURE

In the early-mid 2000s, Detective Monahan had his shield stolen and lost a day of vacation.

In 2008, Sgt Joel Lugo was warned and admonished for lateness.

In 2012, Sgt Lugo was suspended for two days for smoking in uniform.

In 2016, Sgt Lugo was placed on leave for two weeks for making threatening statements toward his partner.

Sgt Lugo informed the undersigned that he was a named Defendant in a lawsuit alleging false arrest for an incident where he issued a trespass summons and that he believed the plaintiff's name to be Jose Vera. The undersigned will attempt to locate corresponding documentation and will turn it over if and when it comes into the People's possession.

Sgt Lugo informed the undersigned that he was a named Defendant in a lawsuit alleging false arrest for an incident where the charge was criminal trespass and that he believed the plaintiff's name to be Robert Ferebee. The undersigned will attempt to locate corresponding documentation and will turn it over if and when it comes into the People's possession.

Sgt Lugo informed the undersigned that over ten years ago, he was a Defendant in a personal law suit filed by a family member, a judgment was issued against him, and he has not yet paid the judgment.

Sgt Lugo informed the undersigned that a bank brought a lawsuit against him regarding repayment of a loan, however, the loan has now been paid off.

Sincerely,

JENNIFER E. SEEBA
Assistant District Attorney



# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

| | | |
|---|---|---|
| Darcel D. Clark<br>*District Attorney* | 198 East 161st Street<br>Bronx, NY 10451 | 718.838.7348<br>Fax:  718.590.6790 |

August 1, 2019

Re: **PEOPLE v. EDWARD ADAMS AKA ADAM EDWARDS**
Indictment Number: 444/2018
Court Part: 96
Adjourn Date: August 6, 2019

## DISCLOSURE

PO Kendrick Wells, Shield #2636, of CCPD received a Command Discipline for not wearing his seatbelt and lost 5 days of vacation.

PO Christopher Garrio, Shield #2491, of CCPD received a Command Discipline for calling out sick too late and was warned and admonished.

- PO Garrio also informed the undersigned that he is a named Defendant in a lawsuit. The undersigned has requested additional information and will provide it to Defense upon receipt.

In 2013, PO Charles Thomas, Shield #1798, of CCPD received a Command Discipline for calling out sick too late and was warned and admonished.

In 2016, PO Thomas received a Command Discipline for losing his ID and lost one day of vacation.

- PO Thomas also informed the undersigned that he is a named Defendant in a lawsuit. The undersigned has requested additional information and will provide it to Defense upon receipt.

Sincerely,

*/s/ Jennifer Seeba*
JENNIFER E. SEEBA
Assistant District Attorney
Investigations Division
Criminal Enterprise Bureau
(718) 838-6152

| Date | # | Description |
|---|---|---|
| 03/14/2023 | 151 | LETTER addressed to Judge J. Paul Oetken from E. Adams, dated 3/14/23 re: "INCORRECT TEXT ENTERED ON FACE OF DOCKET SHEET AS TO DKT-149 TIME COUNT"- The Dkt-149 submission time count, when running a Docket Report, the text entered on the face of the docket sheet entered by the Pro Se Staff says 3/23/21. That appears to be entered incorrectly by Pro Se staff etc. Document filed by Edward P. Adams.(sc) (Entered: 03/15/2023) |
| 09/25/2023 | 152 | OPINION AND ORDER re: 126 MOTION to Dismiss *Plaintiff's Amended Complaint*. filed by The Riverbay Corporation, Thomas Charles, Co-op City Department of Public Safety, Joel Lugo. For the foregoing reasons, Defendants' motion to dismiss is GRANTED in part and DENIED in part. Defendants shall file an answer to the surviving claims within 21 days after the date of this opinion and order. The Clerk of Court is directed to close the motion at ECF Number 126. (Signed by Judge J. Paul Oetken on 9/25/2023) (ate) (Entered: 09/25/2023) |
| 09/26/2023 | | MAILING RECEIPT: Document No: 152. Mailed to: Edward P. Adams 140 Alcott Place #10D Bronx, NY 10475. (sha) (Entered: 09/26/2023) |
| 10/10/2023 | | NOTICE OF CASE ASSIGNMENT to Judge Dale E Ho. Judge J. Paul Oetken is no longer assigned to the case.. (kgo) (Entered: 10/10/2023) |
| 10/10/2023 | 153 | NOTICE OF REASSIGNMENT: This case has been reassigned to the undersigned. All counsel and pro se Plaintiff must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho, including the Court's Individual Practices in Civil Pro Se Cases. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Requests for extensions or adjournment of dates not affected by this Order may be made only in accordance with the Court's Individual Practices, including the Court's Individual Practices in Civil Pro Se Cases, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. The Clerk of Court is respectfully directed to mail this Order, along with Judge Ho's Individual Practices in Civil Pro Se Cases, which are attached to this Order, to the pro se Plaintiff. (Signed by Judge Dale E Ho on 10/10/2023) (ate) (Entered: 10/10/2023) |
| 10/11/2023 | | Mailed a copy of 153 Order, to Edward P. Adams, 140 Alcott Place, #10D, Bronx, NY 10475. (vn) (Entered: 10/11/2023) |
| 10/16/2023 | 154 | NOTICE of Substitution of Attorney. Old Attorney: Jackson Lewis P.C., New Attorney: Kaufman Borgeest & Ryan LLP, Address: Kaufman Borgeest & Ryan LLP, 200 Summit Lake Drive, 1st Floor, Valhalla, New York, USA 10595, 9144491000. Document filed by Thomas Charles, Co-op City Department of Public Safety, Joel Lugo, The Riverbay Corporation..(Benedetto, Michelle) (Entered: 10/16/2023) |
| 10/16/2023 | 155 | NOTICE OF APPEARANCE by Michelle M Benedetto on behalf of Thomas Charles, Co-op City Department of Public Safety, Joel Lugo, The Riverbay Corporation..(Benedetto, Michelle) (Entered: 10/16/2023) |
| 10/16/2023 | 156 | ANSWER to 4 Amended Complaint. Document filed by Thomas Charles, Co-op City Department of Public Safety, Joel Lugo, The Riverbay Corporation..(Benedetto, Michelle) (Entered: 10/16/2023) |
| 10/16/2023 | 157 | NOTICE TO TAKE DEPOSITION of Edward Adams on February 27, 2024 at 10:00 a.m..Document filed by Thomas Charles, Co-op City Department of Public Safety, Joel Lugo, The Riverbay Corporation..(Benedetto, Michelle) (Entered: 10/16/2023) |
| 10/16/2023 | 158 | NOTICE OF APPEARANCE by Stephanie Beth-Findling Gitnik on behalf of Thomas Charles, Co-op City Department of Public Safety, Joel Lugo, The Riverbay Corporation..(Gitnik, Stephanie) (Entered: 10/16/2023) |
| 10/17/2023 | 159 | ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE: Initial Conference set for 12/7/2023 at 10:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Barbara C. Moses. The Clerk of the Court is respectfully directed to mail a copy of this order to plaintiff. SO ORDERED. (Signed by Magistrate Judge Barbara C. Moses on 10/17/2023) (vfr) (Entered: 10/17/2023) |
| 10/19/2023 | | MAILING RECEIPT: Document No: 159. Mailed to: Edward P. Adams 140 Alcott Place #10D Bronx, NY 10475. (sha) (Entered: 10/19/2023) |
| 10/20/2023 | 160 | NOTICE OF MOTION, Re: for Judgment on the Pleadings. Document filed by Edward P. Adams.(sc) Modified on 10/24/2023 (sc). (Entered: 10/24/2023) |
| 10/20/2023 | 161 | DECLARATION of Edward Adams in Support of re: 160 MOTION for Judgment on the Pleadings. Document filed by Edward P. Adams. (sc) Modified on 10/24/2023 (sc). (Entered: 10/24/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2023 12:22:50 | | | |
| PACER Login: | edddspins05 | Client Code: | |