UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during yesterday's discovery conference:

1.     Plaintiff's Deposition. Plaintiff's oral motion to quash his deposition – that is, to prohibit defendants from taking his deposition – is DENIED. Pursuant to the parties' scheduling agreement, plaintiff shall appear for his deposition on **February 20, 2024**, at 10:00 a.m., via videoconference. Plaintiff must have an internet connection and a computer with a microphone and camera in order to appear at his deposition. Defendants' counsel must provide plaintiff with the deposition videoconference link and any required login credentials at least one day in advance of the deposition.

2.     Defendants' Depositions. Plaintiff may take the depositions of the individual defendants via telephone or videoconference. Pursuant to the parties' scheduling agreement, the depositions will take place according to the following schedule:

| | |
|---|---|
| Pasquale: | **February 23, 2024**, at 10:00 a.m. |
| Thomas: | **February 23, 2024**, at 1:00 p.m., if possible. Otherwise, **February 26, 2024**, at 10:00 a.m. |
| Lugo: | **February 26, 2024**, at 10:00 a.m., if possible. Otherwise, **February 26, 2024**, at 1:00 p.m. |
| Ahmed: | **February 26, 2024**, at 1:00 p.m., if possible. Otherwise, **February 26, 2024**, at 3:00 p.m. |
| Wells: | **February 27, 2024**, at 10:00 a.m. |

Plaintiff is reminded that it is his obligation to make appropriate teleconferencing or videoconferencing arrangements. Plaintiff must provide defendants' counsel with all necessary information, including any videoconference link or teleconference call-in number, and any required login credentials, at least one day in advance of each deposition. Plaintiff is further reminded that, pursuant to Fed. R. Civ. P. 30(b)(5)(A), the depositions must be conducted before an officer appointed or designated under Fed. R. Civ. P. 28(a)(1) to administer oaths and take testimony (typically a professional court reporter). Rule 30 requires that deposition testimony be provided "under oath or affirmation" and that it be accurately recorded by such officer. *See* Fed. R. Civ. P. 30(c)(1), (f)(1). It is plaintiff's obligation to engage the appropriate officer and to ensure that he or she is present on the teleconference or videoconference for each deposition.

Dated: New York, New York
January 24, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**