USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/29/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants filed a letter-motion on February 26, 2024 (Dkt. 209), requesting that their time to complete plaintiff's deposition be extended and that the extended deposition be supervised by a judicial hearing officer or referee. Plaintiff filed a responding letter the same day. (Dkt. 210.) Defendants' optional reply letter was due by February 28, 2024, *see* Moses Ind. Prac. § 2(e), but no such reply letter was filed. Defendants are directed to submit the official transcript of plaintiff's February 20, 2024 deposition, verified by the court reporter, when available. The Court does not require and will not accept any further letter-motions or briefs regarding the conduct of the deposition.

Dated: New York, New York
       February 29, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**