```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 20, 2024, defendants conducted the deposition of plaintiff Edward P. Adams. Between February 21 and February 26, 2024, the Court received seven letters and letter-motions in which the parties accused one another of misconduct, principally in connection with the February 20 deposition. (Dkts. 204-10.)

    On February 29, 2024, the Court directed defendants to submit the official version of plaintiff's deposition transcript when available, and advised the parties that it "does not require and will not accept any further letter-motions or briefs regarding the conduct of the deposition." (Dkt. 211.)

    On March 18, defendants submitted the finalized transcript of the February 20 deposition. (Dkt. 212.) Since then, the Court has received five additional letters and letter-motions (four of them from plaintiff) concerning the conduct of the deposition. (Dkts. 213-17.)

    To repeat: the Court does not require and will not accept any further letter-motions or briefs regarding the conduct of the deposition. Any further submissions will be stricken from the record.

Dated: New York, New York
      March 25, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**