USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received the parties' status letters, filed April 2, 2024 (Dkt. 219), with respect to the status conference scheduled for April 9, 2024, at 10:00 a.m. Due to a conflict in the Court's calendar, the status conference is hereby ADJOURNED to **11:00 a.m.**, on the same date. The conference will take place in person, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Should any party wish to raise discovery issues at the conference, it must supply to the Court and other parties copies of the relevant discovery requests.

Dated: New York, New York
      April 3, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**