USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed (i) plaintiff's letter-motion, dated May 2, 2024, requesting a Local Civil Rule 37.2 conference "as to the admissibility and inaccurate deposition transcript history regarding this action" (Dkt. 229 at 2); (ii) defendants' responding letter, also dated May 2, 2024 (Dkt. 230); and (iii) plaintiff's reply letter, also dated May 2, 2024. (Dkt. 231.)

Plaintiff's request for a Rule 37.2 conference is DENIED. Under the Federal Rules of Civil Procedure, a deponent is allowed "30 days *after being notified by the officer that the transcript . . . is available*" in which to review it and, if he wishes to make changes, "sign a statement listing the changes and the reasons for making them." Fed. R. Civ. P. 30(e) (emphasis added). The upcoming fact discovery deadline does not affect the 30-day period to review the transcript and submit a list of changes and reasons.

Dated: New York, New York
      May 2, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**