UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

          Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

          Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's June 4, 2024 letter-motion (Dkt. 243, refiled at 244) is DENIED. Neither this Court's Order dated May 16, 2024 (Dkt. 240) nor any other authority identified by plaintiff bars defendants from using a third-party investigator to expedite the process of obtaining his relevant NYPD and criminal court records by hand-delivering his signed authorizations (rather than mailing them) to the state agencies.

Dated:  New York, New York
          June 5, 2024

**SO ORDERED.**

_____
**BARBARA MOSES
United States Magistrate Judge**