USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

        Plaintiff,

-against-

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (i) defendants' letter dated August 27, 2024 (Dkt. 266), providing an update as to the status of obtaining plaintiff's remaining criminal court records; and (ii) plaintiff's letter in response dated August 27, 2024. (Dkt. 267.)

While the Court appreciates that defendants are not fully in control of the schedule and process for obtaining the remaining records, the Court also appreciates plaintiff's desire for a resolution of this action, which requires a firm deadline for summary judgment. Therefore, it is hereby ORDERED that the parties shall file their motions for summary judgment no later than **September 30, 2024**.

Dated: New York, New York
      August 27, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**