UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

                Plaintiff,

        v.

CO-OP CITY DEPARTMENT OF PUBLIC
SAFETY, et al.,

                Defendants.

21 Civ. 2675 (DEH) (BCM)

MEMORANDUM ORDER

DALE E. HO, United States District Judge:

The Court has been advised that Plaintiff Edward P. Adams has repeatedly used offensive and harassing language while submitting documents in-person at the Clerk's Office.

The Court directs Mr. Adams not to file documents in this matter in-person. Instead, Mr. Adams is directed to file any documents in this matter via regular postal mail or electronically. Documents may be filed by mail by sending them to the Clerk of Court, Room 120, 500 Pearl Street. All filings submitted by mail should include the case caption, "Adams v. Co-op City Department of Public Safety," and the docket number of this case, 21 Civ. 2675. Documents may also be filed electronically. The Court provides the following information regarding electronic filing:

- Information on electronic filing rules and instructions may be found here: https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL%203.pdf.

- A sample motion for permission for electronic case filing can be found here: https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL%203.pdf.

- Information regarding consent to receive documents electronically can be found here: https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL%203.pdf.

- And a sample form for consent to receive documents electronically may be found here: https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL%203.pdf.

The Court further notifies Mr. Adams that he may only contact the Court or the Clerk's Office in writing by regular postal mail, addressed to the Pro Se Intake Unit, located at 500 Pearl Street, Rm. 200, New York, NY 10007.

## CONCLUSION

The Court directs Mr. Adams to cease further attempts to contact the Clerk's Office in person. If Mr. Adams wishes to contact the Court or the Clerk's Office regarding any ongoing proceedings, he must do so only in writing by regular postal mail.

Should Mr. Adams violate this Order and continue to contact the Court and/or Clerk's Office staff in person, the appropriate authorities may be notified. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Adams at the last address provided.

SO ORDERED.

Dated: February 17, 2026
        New York, New York

_____
DALE E. HO
United States District Judge

2