UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

                                     Plaintiff(s),

                         v.                                                    21 Civ. 2675 (DEH) (BCM)

CO-OP CITY DEPARTMENT OF PUBLIC                                    **MEMORANDUM ORDER**
SAFETY, et al.,

                                     Defendants.

DALE E. HO, United States District Judge:

By Order dated February 17, 2026, this Court prohibited Plaintiff from in-person filing in this matter, and directed Plaintiff to submit further filings in this case via postal mail or electronically. *See* Order, ECF No. 322. That Order included information regarding electronic case filing. However, a previous order revoked Plaintiff's electronic case filing privileges. *See* Order, Sept.. 13, 2024, ECF No. 274.

The Court now issues this Order for the sake of clarity, to confirm that Plaintiff's electronic filing privileges remain revoked. Accordingly, Plaintiff may only file documents in this case via the following methods:

a. Mail or have documents delivered by courier to the Pro Se Intake Unit at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

b. Email the documents to ProSe@nysd.uscourts.gov.

Plaintiff may **not** file documents in-person, *see* ECF No. 322, and may **not** use the electronic case filing system, *see* ECF No. 274.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 18, 2026

New York, New York

_____

DALE E. HO
United States District Judge

2