UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Adams,

                    Plaintiff,

          v.

Co-op City Department of Public Safety, et al.,

                    Defendants.

---

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

On February 17, 2026, this Court issued a memorandum opinion and order,[1] adopting Magistrate Judge Barbara C. Moses's Report and Recommendations ("R. & R." or the "Report"),[2] in full—which, among other things, denied Plaintiff Edward P. Adams's ("Mr. Adams" or "Plaintiff") motion for summary judgment.  On February 26, 2026, Mr. Adams, who proceeds *pro se*, filed a motion that the Court construes as a motion for relief from final judgment pursuant to Fed. R. Civ. P. 60(b)(3).[3]

Mr. Adams's Rule 60(b)(3) motion is procedurally barred because the memorandum opinion and order is not a final judgment.  As discussed in the Fed. R. Civ. P. 60(b) advisory committee's notes to the 1946 amendment, which Mr. Adams includes in his motion, the word "final" was added to this rule to "emphasize[] the character of the judgments, orders or proceedings from which Rule 60(b) affords relief; and hence interlocutory judgments are not brought within the restrictions of the rule."  The Court's previous order denied Mr. Adams's motion for summary judgment, and granted summary judgment for Defendants on some but not

---

[1] ECF No. 322.

[2] ECF No. 307.

[3] *See* ECF Nos. 324, 326, 328.

all claims.  The order is an interlocutory order, and not a final judgment, because it does not resolve all issues in this case.  For these reasons, the Rule 60(b)(3) motion is procedurally improper and is therefore **DENIED**.

SO ORDERED.

Dated: March 2, 2026
New York, New York

_____
DALE E. HO
United States District Judge