UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adams,<br><br>             Plaintiff,<br><br>      v.<br><br>Co-op City Department of Public Safety, et al.,<br><br>             Defendants. | 21-CV-2675 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Pursuant to the Order issued by this Court on March 2, 2026, ECF No. 330, the Clerk of Court is respectfully directed to terminate ECF No. 324.

SO ORDERED.

Dated: March 3, 2026
      New York, New York

                                    DALE E. HO
                         United States District Judge