UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD ADAMS,

        Plaintiff,

-against-

THE CO OP CITY DEPARTMENT OF
PUBLIC SAFETY, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___03/19/26___

21-CV-2675 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has been advised that plaintiff does not wish to be represented by pro bono counsel at the settlement conference on April 29, 2026. (*See* Dkt. 341 at 2.) Consequently, the Court will make no further efforts to locate counsel willing to assist him.

Dated:    March 19, 2026
          New York, New York

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**