UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adams,<br><br>                    Plaintiff(s),<br><br>          v.<br><br> Riverbay Corporation et al.,<br><br>                    Defendant(s). | 21-CV-2675 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The final pretrial conference in this matter currently scheduled for September 30, 2026 is ADJOURNED to **October 14, 2026** at **11 A.M.**  Pursuant to the Court's Individual Rules, the parties shall submit their final pretrial conference materials by **September 30, 2026**.  All other aspects of the Court's March 4, 2026 memo endorsement, ECF No. 336, remain in effect.

SO ORDERED.

Dated: April 14, 2026
       New York, New York

_____
            DALE E. HO
     United States District Judge