UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adams,

Plaintiff(s),

v.

The Co Op City Department of Public Safety et al,

Defendant(s).

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, the Final Pretrial Conference presently scheduled for October 14, 2026 is rescheduled for **October 9, 2026** at **3 P.M.** This conference shall take place in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. All pretrial materials remain due on **September 30, 2026**.

SO ORDERED.

Dated: September 11, 2026
New York, New York

DALE E. HO
United States District Judge