UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adams,

Plaintiff(s),

v.

The Co Op City Department of Public Safety et al.,

Defendant(s).

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 14, 2026, Plaintiff renewed a request for subpoenas of adverse witnesses, Defendants Thomas, Lugo, Wells, and Ahmed. ECF No. 398. On September 18, 2026, the Court ordered Defendants Thomas, Lugo, Wells, and Ahmed to appraise the Court as to whether they stipulated to their availability at trial for testimony. ECF No. 400. On September 21, 2026, Counsel for Defendants Thomas, Lugo, Wells, and Ahmed stated that they "fully anticipate our clients will appear and testify at trial." ECF No. 401. Counsel also noted they "are considering seeking the Court's permission for Mr. Wells to attend/testify remotely." *Id.*

Accordingly, Plaintiff's request for subpoenas of adverse witnesses is **DENIED WITHOUT PREJUDICE** as **MOOT**. Defendant Wells shall file any motion, not to exceed 5 pages, to attend trial remotely and/or testify remotely by **September 25, 2026**. If any such motion is filed, Plaintiff shall file any opposition to such motion, not to exceed five pages, by **October 2, 2026**.

Defendant Wells shall serve Plaintiff with a copy of this Order and file proof of such service by **September 23, 2026**.

SO ORDERED.

Dated: September 22, 2026
New York, New York

DALE E. HO
United States District Judge