UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adams,

Plaintiff,

v.

The Co Op City Department of Public Safety et al,

Defendants.

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a change in the Court's calendar, the final pretrial conference currently scheduled for October 9, 2026 is **ADJOURNED** to **October 14, 2026** at **10 A.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by October 2, 2026.

SO ORDERED.

Dated: October 1, 2026
New York, New York

DALE E. HO
United States District Judge