UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD P. ADAMS,

Plaintiff(s),

v.

CO-OP CITY DEPARTMENT OF PUBLIC SAFETY, et al.,

Defendants.

21 Civ. 2675 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

The Court issues this Order in advance of the Final Pretrial Conference in this matter, scheduled for October 14, 2026 at 10:00 am in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

**Exhibits**. The Court is in receipt of the parties' respective exhibit lists. Plaintiff's paper exhibits have been filed on the docket at ECF No. 416. Plaintiff is **DIRECTED** to bring two USB flash drives with copies of Exhibit L to the Final Pretrial Conference. Defendants are **DIRECTED** to (1) email copies of their exhibits and a spreadsheet listing all of the parties' exhibit in Microsoft Excel format to chambers, and (2) mail copies of this Order and of their exhibits to Plaintiff and file proof of service on the docket, by October 5, 2026.

**Other Pretrial Materials**. The Court is in receipt of Defendants' proposed voir dire, jury charge, and verdict sheet, as well as Plaintiff's objections to those documents. Defendants are **DIRECTED** to email versions of their proposed voir dire, jury charge, and verdict sheet in Microsoft Word format to chambers by October 5, 2026.

**Motions**. By no later than October 9, 2026, Plaintiff is **DIRECTED** to file a letter stating his position on Defendants' motions in limine, ECF No. 409.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by October 5, 2026.

SO ORDERED.

Dated: October 2, 2026

New York, New York

DALE E. HO
United States District Judge