UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adams,

Plaintiff(s),

v.

The Co Op City Department of Public Safety et al,

Defendant(s).

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

On May 8, 2026 Plaintiff requested that the Court vacate or modify its prior Order revoking Plaintiff's access to the Courts Electronic Case Filing system ("ECF"). ECF No. 352. That request was shortly followed by Plaintiff's motion for permission for electronic case filing. ECF No. 354. The motions are **GRANTED** for purposes of facilitating trial in this matter. Plaintiff is advised that abuse of this privilege may result in sanctions, including revocation of ECF access.

Accordingly, the Court's Order at ECF No. 274 is **VACATED**. The Clerk of Court is respectfully requested to restore Plaintiff's access to ECF and to terminate ECF Nos. 352 and 354.

SO ORDERED.

Dated: October 2, 2026
New York, New York

DALE E. HO
United States District Judge