UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Adams,

Plaintiff,

v.

Co-op City Department of Public Safety et al.,

Defendant(s).

21-CV-2675 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court issues this Order in advance of the Final Pretrial Conference in this matter, scheduled for October 14, 2026 at 10:00 am in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

The Court is in receipt of Defendants' proposed juror questionnaire (or voir dire), jury charge, and verdict sheet, as well as Plaintiff's objections to those documents. The Court has considered the parties' submissions and has prepared the following draft materials, which are attached to this Order: (1) a case overview, to be read to the prospective jurors; (2) a draft juror questionnaire; (3) a redline comparing the Court's draft juror questionnaire to the proposed juror questionnaire submitted by Defendants; and (4) preliminary jury instructions. The parties are **DIRECTED** to review these materials for discussion at the Final Pretrial Conference on October 14, 2026.

SO ORDERED.

Dated: October 9, 2026
New York, New York

DALE E. HO
United States District Judge